# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 16, 2014

## NO. 03-14-00227-CV

**Prudence Adams, Appellant**

**v.**

**Centex Freight Lines, LLC, Appellee**

## APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the trial court on February 20, 2014. Prudence Adams has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.